SEALED
FILED
JUL - 8 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| In the Matter of the Search of<br><br>The property at 2710 Genoa Avenue<br>South Lake Tahoe, California 96150 | Case No. 2:15-SW-.375 CKD |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A-1, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before   7/13/2015   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: <u>any authorized U.S. Magistrate Judge in the Eastern District of California.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6/29/2015  1:05pm      _____[signature]_____
                                              Judge's signature

City and state:   Sacramento, California         Carolyn K. Delaney, U.S. Magistrate Judge
                                                 *Printed name and title*

## Return

7A-SC-6226276

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:15-SW-375 | 6-30-15 / 10:30 | AT Residence |

Inventory made in the presence of: SA MARCUS KNUTSON

Inventory of the property taken and name of any person(s) seized:

See Attached FD-597 (reciept of property)

~~Nothing further taken~~

### Certification

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_ Carolyn K. Delaney    7/8/2015
Signature of Judge                     Date

**Carolyn K. Delaney
U.S. Magistrate Judge**

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 7A-SC-6226276

On (date): 6/30/2015 5:19p

item (s) listed below were:
[X] Collected/Seized
[ ] Received From
[ ] Returned To
[ ] Released To

(Name): _____

(Street Address): 2710 Genoa Ave.

(City): South Lake Tahoe, CA 96150

Description of Item(s):

#1 - Entry closet, on floor - Vacuum cleaner, Hoover Wide Path Fold Away

#2 - Bedroom 2, on bed - Sheets and comforter

#3 - Bedroom 2, on bed - Pillows

#4 - Bear box, under trash can - Carpet

#5 - Bedroom 2, closet - Four sheets and 1 comforter

#6 - Bedroom 2, closet - Comforter, blanket, and pillow

#7 - Kitchen, floor - Two brooms

#8 - Bedroom 1, Top dresser drawer - Trace evidence suspected to be a hair

#9 - Bear box, in trash can - Black zip tie

#10 - Room F (BEDROOM 1), BED - BEDDING

#11 - BEDROOM 1, CLOSET - BEDDING

#12 - BEDROOM 1, CLOSET - BEDDING (SHEETS & PILLOWCASES)

#13 - BEDROOM 1, CLOSET - COMFORTER

#14 - BEDROOM 1, CLOSET - BLANKET

#15 - BEDROOM 1, CLOSET - COMFORTER

#16 - BEDROOM 1, CLOSET - BLANKET

#17 - BEDROOM 1, CLOSET - PILLOWCASES

Received By: _____(Signature)_____

Printed Name/Title: Marcus Knutson /SA

Received From: _____(Signature)_____

Printed Name/Title: No one available

FD-597 (Rev. 4-13-2015) Page 2 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 7A-SC-6226276

On (date) 6/30/2015

item (s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) _____

(Street Address) 2710 GENOA AVE.

(City) SOUTH LAKE TAHOE, CA 96150

Description of Item (s):
#18 - SHED - BLANKET WITH DUCT TAPE
#19 - KITCHEN COUNTER - APPLE iMAC LAPTOP, MODEL A1466, S/N C02KGHBFDRVC
#20 - BEDROOM 1, TOP OF DRESSER - TRACE EVIDENCE SUSPECTED TO BE HAIR
#21 - SHED, ON SHELF - ROLL OF DUCT TAPE
#22 - BEDROOM 1, ON WALL FACING STREET - STRIP OF DUCT TAPE
#23 - BEDROOM 2, ON BED - NOTEBOOK CONTAINING INDICIA AND HANDWRITTEN NOTES
#24 - BATHROOM, SHOWER - SHOWER HEAD
#25 - BATHROOM, UNDER SINK - "P" TRAP
#26 - BEDROOM 1, ATTACHED TO BED FRAME - BIKE LOCK
#27 - BEDROOM 1, FLOOR - OPEN BAG OF ZIP TIES
#28 - BEDROOM 1, UNDER BED - NETGEAR RANGEMAX WIRELESS ROUTER, S/N *1ML5857R009EC*
#29 - BEDROOM 1, UNDER BED - ZIP TIE WITH POSSIBLE HAIR ATTACHED
#30 - BEDROOM 1, IRONING BOARD - DROP CAM PACKAGING
#31 - THROUGHOUT RESIDENCE - 9 DNA SWABS + 1 CONTROL

Received By: _____(Signature)_____

Printed Name/Title: Marcus Knutson/SA

Received From: _____(Signature)_____

Printed Name/Title: No one available

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 7A-SC-6226276

On (date) 6/30/2015

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____

(Street Address) 2710 GENDA AVE

(City) SOUTH LAKE TAHOE, CA 96150

Description of Item(s): #32 - THROUGHOUT HOUSE - 11 VACUUM FILTERS

Nothing Further

Received By: _____ (Signature)    Received From: No One Available (Signature)

